JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKOP TERZIAN,<br><br>  Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>  Defendant. | Case No.: 2:22-cv-02454-AB-GJS<br><br>JUDGMENT |

This matter was tried before a jury and a verdict was rendered in favor of Plaintiff Akop Terzian.  (*See* Dkt No. 75)  Judgment is entered in the amount of $118,025.64, which shall include post judgment interest at the rate of 5.44% per annum.

**IT IS SO ORDERED.**

Dated: August 30, 2023

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

2.